**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION**

JAMES K. ETHERIDGE[1]

                      Petitioner,

vs.

RALPH KEMP,

                      Respondent.

_____

:
:
:
:
:
:
:
:
:
:

CIVIL ACTION NO.  7:04-CV-109(HL)


**PROCEEDINGS UNDER 28 U.S.C. § 2254**
**BEFORE THE U.S. MAGISTRATE JUDGE**

**ORDER**

       Petitioner Etheridge, an inmate at Wheeler Correctional Facility in Alamo, Georgia, has filed an application for the writ of habeas corpus under 28 U.S.C. § 2254.  He has paid the required $5.00 filing fee as previously ordered by this court.

       The court notes that petitioner has failed to use the habeas corpus forms required by this court.  Accordingly, the clerk of the court is hereby **DIRECTED** to transmit to petitioner two sets of the court's forms for use in 28 U.S.C. § 2254 applications.  Petitioner may use additional pages if necessary but he must complete the court's forms in their entirety.  Petitioner shall have thirty (30) days from the date of his receipt of this order to complete such forms and return them to the court. Failure to comply with this order may result in the dismissal of petitioner's application.  There shall be <u>no service of process</u> in this case until further order of the court.

       **SO ORDERED**, this 28ᵗʰ  day of June, 2005.


                          /s/ Richard L. Hodge
                          RICHARD L. HODGE
                          UNITED STATES MAGISTRATE JUDGE

mh

---

     [1]Petitioner filed this habeas action naming an unknown respondent.  Petitioner is confined at the Wheeler Correctional Facility.  The Warden of that institution is Ralph Kemp.