## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
## VALDOSTA DIVISION

|  |  |  |
|---|---|---|
| **JAMES K. ETHERIDGE,** | : | |
| | : | |
| **Petitioner,** | : | |
| | : | |
| **vs.** | : | **NO.  7:04-CV-109 (HL)** |
| | : | |
| **RALPH KEMP, Warden** | : | |
| | : | |
| **Respondent.** | : | |
| | : | |
| | : | |

## O R D E R

Presently pending herein is the motion of the Commissioner of the Georgia Department

of Corrections to intervene as a party respondent.  As grounds therefor movant shows that the

above named respondent is the warden of a private prison and not an employee of the State of

Georgia who would normally be represented by the Attorney General of the State of Georgia in

this attack on a State of Georgia conviction.  Under theses circumstances, the court finds it

appropriate to **GRANT** movant's motion to intervene as a party respondent so that this matter

may be properly defended by the State of Georgia**.**

SO ORDERED, this 5th day of October 2005.

/s/ Richard L. Hodge
RICHARD L. HODGE
UNITED STATES MAGISTRATE JUDGE